

# NUMBER 13-11-00500-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CHARLES E. SMITH, AND
BETTY M. SMITH, INDIVIDUALLY,
AND AS TRUSTEES FOR THE SMITH FAMILY TRUST          Appellants,

v.

ARAMARK CORPORATION,                                      Appellee.

### On appeal from the 445th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Charles E. Smith, and Betty M. Smith, Individually, and as Trustees for

the Smith Family Trust perfected an appeal from a judgment rendered against them in

favor of appellee, Aramark Corporation.  On January 4, 2012, the Clerk of this Court

notified appellants that the clerk's record in the above cause was originally due on August 22, 2011, and that deputy district clerk, Mary Ann Espinoza, had notified this Court that appellants failed to make full payment for the clerk's record. The Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellants were advised, unless arrangements to pay for the clerk's record and proof of payment was provided to this Court within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellants have failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
8th day of March, 2012.